IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VINCENT JOHNSON                                                                                         PLAINTIFF

v.                                             No. 4:16CV00543 JLH

WELSPUN TUBULAR, LLC;
WELSPUN PIPES, INC.;
and WELSPUN USA, INC.                                                                                   DEFENDANTS

## ORDER

The joint motion to dismiss is GRANTED. Document #35. This action is hereby dismissed with prejudice. The Court retains jurisdiction for a period of 60 days to enforce the settlement agreement if necessary.

IT IS SO ORDERED this 13th day of December, 2017.

*(signature)*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE